

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GREGORY DON SEARLS<br>LA. DOC. #119196 | DOCKET NO. 08-CV-889; SEC. "P" |
| VERSUS | JUDGE DEE D. DRELL |
| CORRECTIONS CORPORATION OF<br>AMERICA, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint seeking injunctive relief be and is hereby **DISMISSED AS MOOT**.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 23rd day of January, 2009.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**